IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FIKRI BAYRAMOGLU,

        Petitioner,

  v.

A.P. KANE,

        Respondent(s).

No. C 06-02249 VRW (PR)

ORDER DENYING CERTIFICATE OF APPEALABILITY

      Petitioner has filed a notice of appeal and request for a certificate of appealability under 28 USC § 2253(c) and Federal Rule of Appellate Procedure 22(b).

      Petitioner's request for a certificate of appealability is DENIED because petitioner has not made "a substantial showing of the denial of a constitutional right." 28 USC § 2253(c)(2). Petitioner has not demonstrated that "jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." Slack v McDaniel, 529 US 473, 484 (2000).

      The clerk shall forward to the court of appeals the case file with this order. See United States v Asrar, 116 F3d 1268, 1270 (9th Cir 1997).

      The clerk shall terminate the motion in docket number 19.

SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

G:\PRO-SE\VRW\HC.06\Bayramoglu1.coa.wpd